James E. Brown, Esq. #004822
**JAMES E. BROWN, P.C.**
2111 E. Highland Avenue
Suite 145
Phoenix, Arizona 85016-4732
(602) 230-1504
jim@aztaxlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| GREGORY A. JARRETT, | No. 2:10-BK-20964-CGC |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

NOTICE IS HEREBY GIVEN that James E. Brown of the law firm of James E. Brown, P.C. makes an appearance in this Chapter 13 case as attorney for GREGORY A. JARRETT. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

    James E. Brown, Esq.
    2111 E. Highland Avenue
    Suite 145
    Phoenix, AZ 85016

DATED this 14th day of July, 2010.

                              **JAMES E. BROWN, P.C.**


                          By: S/James E. Brown/
                          _____
                          James E. Brown
                          2111 E. Highland Avenue
                          Suite 145
                          Phoenix, AZ 85016
                          Attorney for Gregory A. Jarrett

| | |
|---|---|
| 1 | |
| 2 | ORIGINAL of the foregoing electronically filed this 14th day of July, 2010, with the U.S. Bankruptcy Court |
| 3 | |
| 4 | |
| 5 | _____ |