**SO ORDERED.**

James E. Brown, Esq. #004822
**JAMES E. BROWN, P.C.**
2111 E. Highland Avenue
Suite 145
Phoenix, Arizona 85016-4732
(602) 230-1504
jim@aztaxlaw.com

**Dated: July 29, 2010**



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| GREGORY A. JARRETT, | No. 2:10-BK-20964-CGC |
| Debtor. | ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN |

Debtor having submitted a Motion to Extend Time to File Debtor's Schedules, Statements and Chapter 13 Plan, and good cause appearing;

IT IS HEREBY ORDERED that the Debtor shall have through and including the 7th day of August, 2010 in which to file his Bankruptcy Schedules, Statements and Chapter 13 Plan.

DATED this ____ day of _____, 2010.

_____
HONORABLE Charles G. Case II